HONORABLE EDWARD F. SHEA

1

2  PATRICK J. KIRBY
   DUNN & BLACK, P.S.
3  200 Peyton Building
   10 North Post Street
4  Spokane, Washington  99201
   Telephone:  (509) 455-8711
5

6  Attorneys for Plaintiff

FILED IN THE
U.S. DISTRICT COURT
**EASTERN** DISTRICT OF WASHINGTON

SEP 2 9 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

7
            UNITED STATES DISTRICT COURT
8           EASTERN DISTRICT OF WASHINGTON

9

10  NAM LUU-VAN, a married man,        )
                                       )   NO. CV-04-492-EFS
11              Plaintiff,             )
                                       )   STIPULATED PROTECTIVE
12      vs.                            )   ORDER
                                       )
13  RUSS HAMILTON, a married man       )
14  and his marital community; TOR     )
    HARTMANN, a married man and his    )
15  marital community; DEAN            )
    MARTINEZ, a married man and his    )
16  marital community; SOLAR GRADE     )
17  SILICON, LLC, a Washington limited )
    liability company,                 )
18                                     )
                                       )
19              Defendants.            )
                                       )
20

21  The parties to this action, Plaintiff Nam Luu-Van ("Plaintiff"), and Defendants Russ

22  Hamilton, Tor Hartmann, Dean Martinez, and Solar Grade Silicon, LLC.,

23

24  ("Defendants"), through their respective counsel, hereby stipulate to entry of this

25

26  STIPULATED PROTECTIVE ORDER - 1

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

mutual protective order regarding the use and confidentiality of documents, testimony, information and material produced in this litigation.

To expedite the flow of discovery, facilitate the prompt resolution of disputes over confidentiality, protect adequately material entitled to be kept confidential, and ensure that protection is afforded only to material so entitled, it is, pursuant to the Court's authority under FRCP 26(c), and with the consent of the parties to this litigation, ORDERED:

    1.   <u>Confidential Information.</u>

    "CONFIDENTIAL" documents and information shall include: (1) Plaintiff's medical and mental health records, tax and financial records; (2) Defendants' records which they may reasonably believe to contain confidential information, including but not limited to, personnel files, payroll records, complaints, investigative reports, studies, business operations, and other trade secret information. In addition, the parties to this litigation may designate as "CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER" any document, testimony, information or material disclosed through formal or informal discovery or otherwise in the course of this litigation as hereinafter set forth in Paragraphs a, b, and c. Such designation shall subject the information produced or provided under said designation to the provisions of this Confidentiality Agreement. All or any

STIPULATED PROTECTIVE ORDER - 2

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

portion of any documents, transcripts, writings or recordings of any sort which

substantially quote or paraphrase information regarding the Confidential document,

testimony, information or material shall also be deemed Confidential and subject to

the terms and condition of this Protective Order.  The parties shall act in good faith

and on a reasonable basis when designating material "CONFIDENTIAL: SUBJECT

TO PROTECTIVE ORDER."

      (a)    Any writing produced by any party or person in this litigation may be designated as "CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER" by any of the parties to this litigation by stamping the word "CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER" on the face of the writing.  Alternatively, a party may designate any writing as "CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER" by identifying such document(s) by bates number and designating it/them as "CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER" in a cover letter addressed to the opposing party(s)' counsel and accompanying the production of such document(s).

      (b)    Any party to this litigation may designate deposition testimony or any portion of deposition testimony as "CONFIDENTIAL:

STIPULATED PROTECTIVE ORDER - 3

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

SUBJECT TO PROTECTIVE ORDER" by advising the reporter and counsel of such designation during the course of the deposition or at any time thereafter.    Portions of any deposition designated "CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER" are to be filed with the Court under seal, bearing substantially the following designation: "Portions of this deposition were taken subject to a Confidentiality Agreement.    These portions shall remain sealed until further agreement of the parties."    Whenever any writing designated as "CONFIDENTIAL:    SUBJECT    TO    PROTECTIVE    ORDER"    is identified as an exhibit in connection with testimony given in this case, it shall be so marked and separately filed under seal with the Court.

(c)    Any party to this litigation may designate specific responses to information requests, including requests for production responses and interrogatory answers, confidential by labeling the specific response "CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER."

2.    <u>Filing Under Seal.</u>

Whenever any writing, testimony, information or material designated as "CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER" is used or submitted to the Court in conjunction with any filing or proceeding in this litigation, it shall be so

STIPULATED PROTECTIVE ORDER - 4

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

1    marked and shall be filed separately under seal with the Court.  Where possible,

2    only Confidential portions of filings with the Court shall be filed under seal.

3

4        3.    Access to Confidential Information.

5    Except upon prior written consent of the party asserting "CONFIDENTIAL:

6    SUBJECT TO PROTECTIVE ORDER" treatment or upon further order of a court

7

8    of competent jurisdiction, documents, testimony, information or material designated

9    as "CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER" shall be held in

10   strict confidence and shall be used solely for the purposes of prosecution or defense

11   of this litigation.  Access to "CONFIDENTIAL: SUBJECT TO PROTECTIVE

12   ORDER" documents, testimony, information or material shall be limited to:

13

14           (a)    the Court, including any Court personnel assisting the Court,

15                  stenographers or other persons involved in taking or transcribing

16                  Court or deposition testimony in this action, and members of the

17

18                  jury;

19           (b)    Plaintiff, Defendants and their counsel of record and paralegal,

20                  clerical and secretarial employees of counsel of record;

21

22           (c)    the officers, directors or employees of a party participating in the

23                  prosecution, defense, settlement or other disposition of this

24                  action;

25

26   STIPULATED PROTECTIVE ORDER - 5

Dunn & Black
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

(d)    mediators, consultants, experts or litigation support services, including outside copying services, retained by a party for the purpose of assisting that party in this action provided such persons agree in writing to abide and be bound by the terms of this Order in the form attached hereto as Exhibit A;

(e)    potential witnesses provided such persons agree in writing to abide and be bound by the terms of this Order in the form attached hereto as Exhibit A;

(f)    any person who is an author, addressee, or recipient of, or who previously had access to, the Confidential Information;

(g)    deposition witnesses who agree in writing to abide by and be bound by the terms of this Order in the form attached hereto as Exhibit A;

(h)    any other person as to whom the party that designated the document or information as Confidential has consented to disclosure in advance; and

(i)    any other person designated by the Court.

4.    <u>Inadvertent or Late Disclosure.</u>

STIPULATED PROTECTIVE ORDER - 6

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

If any party inadvertently produces or initially discloses any Confidential

Information without marking it with the appropriate legend, that party may give

notice to the receiving party that the information should be treated in accordance

with the terms of this Order, and shall forward appropriately stamped copies of

the items in question.  Within five (5) days of the receipt of substitute copies, and

upon request, the receiving party shall return the previously unmarked items and

all copies thereof. The inadvertent disclosure shall not be deemed a waiver of

confidentiality.

5.    Copy and Storage of Confidential Information and Material.

No party shall, for itself or for any person or persons acting on its behalf, make

more copies of any "CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER"

information or material than are reasonably necessary to conduct this litigation.

Except as otherwise provided for in this Confidentiality Agreement, all

"CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER" information and

material shall remain in possession of counsel for the respective parties or the

parties themselves, and be stored in a secure place.

6.    Challenges to Confidential Designations.

If any party disagrees as to the confidentiality status of any discovery, that party

will advise the producing counsel of such disagreement in writing.  The burden

STIPULATED PROTECTIVE ORDER - 7

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

of proving any discovery "CONFIDENTIAL: SUBJECT TO PROTECTIVE

ORDER" is upon the party designating the information as "CONFIDENTIAL:

SUBJECT TO PROTECTIVE ORDER."  Upon written notification by counsel

that a specific document or discovery previously designated as

"CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER" should not be

granted a "CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER" status,

the party producing and designating the document or discovery as

"CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER" shall apply for a

protective order within fifteen (15) days from receipt of said notification.  The

producing party's failure to apply for a protective order within fifteen (15) days

will render the discovery non-confidential.

7.    Use of Confidential Information and Material.

Should any party hereto seek to utilize any "CONFIDENTIAL: SUBJECT TO

PROTECTIVE ORDER" document, testimony, information or material at trial or

a hearing in this matter, that party shall meet with counsel for the other parties in

an effort to agree upon a procedure to insure the confidentiality of such

document, testimony, information or material.  In the event counsel are unable to

reach agreement, the matter will be submitted to the Court.

8.    Procedures Upon Termination of Action.

STIPULATED PROTECTIVE ORDER - 8

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

Within thirty (30) business days following any final settlement or the running of

any applicable time to appeal the final order entered in this litigation, all parties

shall either (i) return to the person who produced such materials all copies of all

Confidential information obtained through discovery in this action or (ii) certify

to that person that all such materials have been destroyed, except that counsel for

each party may retain in its files one copy of each pleading, brief or document

filed with the Court, and deposition and trial transcripts and exhibits thereto, and

correspondence, subject to the provisions of this Order 7.  Copies of

"CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER" documents that

have been filed with the Court may be returned to the filing party by the Clerk of

the Court, or destroyed.

9.     Efforts by Non-Parties to Obtain Confidential Information.

    If any Party has obtained Confidential Information under the terms of this

Order and receives a subpoena or other compulsory process commanding the

production of such Confidential Information, such Party shall promptly notify the

producing party or non-party.  The subpoenaed party shall not produce any

Confidential Information in response to the subpoena without the prior written

consent of the producing party or non-party unless in response to an order of a court

of competent jurisdiction.  The parties will not object to the producing party or non-

STIPULATED PROTECTIVE ORDER - 9

Dunn & Black
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 · FAX: (509) 455-8734

party having a reasonable opportunity to appear in the litigation or process

commanding disclosure of such Confidential Information for the sole purpose of

seeking to prevent or restrict disclosure thereof.

10.   Effect of Order.

This Order shall not affect the right of any party or non-party to oppose

production of Discovery Materials on any ground permitted by the Washington

Civil Rules, including any applicable privilege.   Moreover, this Order shall not

affect the scope of discovery by any party that is not otherwise proper under the

Washington Civil Rules.

11.   Application to Court.

This Order is without prejudice to the right of any interested party to apply to the

Court for an order permitting the disclosure of any Confidential information or to

apply for an order modifying or limiting this Stipulation and Protective Order in

any respect.

12.   Continuing Jurisdiction.

All provisions of this Protective Order shall continue to be binding after the

conclusion of this action unless subsequently modified by agreement between the

parties or order of the Court and the Court shall retain jurisdiction of this matter

for the purpose of enforcing this Protective Order.

STIPULATED PROTECTIVE ORDER - 10

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

1    SO ORDERED:

2    DATED this _____ day of _____, 2005.

3

4    BY THE COURT:

5

6

     HONORABLE EDWARD F. SHEA

7

8    DUNN & BLACK, P.S.             PAINE, HAMBLEN, COFFIN, BROOKE &
                                    MILLER LLP
9

10   Dated: _____, 2005    Dated: _____, 2005

11

12   By: _____     By: _____
13   Patrick J. Kirby, WSBA #24097  James M. Kalamon, WSBA #7922
     Attorneys for Plaintiff        Attorneys for Defendants
14

15

16   wpdocs\1841\STIPULATED.PROTECTIVE.ORD

17

18

19

20

21

22

23

24

25

26   STIPULATED PROTECTIVE ORDER - 11

Dunn & Black
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

**EXHIBIT A**

**CONSENT TO PROTECTIVE ORDER**

1.      I, _____, have read the foregoing Stipulated

Protective Order dated _____, 2005 (the "Protective

Order"), and agree to be bound by its terms with respect to any documents, material

or information designated or marked "Confidential: Subject to Protective Order"

that are furnished to me as set forth in the Protective Order.

2.      I further agree (i) not to disclose to anyone any documents, material or

information marked "Confidential: Subject to Protective Order" other than as set

forth in the Protective Order; and (ii) not to make any copies of any documents,

materials or information marked "Confidential: Subject to Protective Order"

furnished to me except for use in accordance with Protective Order; and (iii) not to

use any documents or information produced or provided to me in connection with

this litigation for any purposes other than those prosecuting and/or defending this

action as set forth in paragraph 8 of the Protective Order.

/////

/////

STIPULATED PROTECTIVE ORDER - 12

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

3.   I hereby consent to the jurisdiction of the United States District Court, Eastern District of Washington, with regard to any proceedings to enforce the terms of the Protective Order.

_____
Signature
Date _____

STIPULATED PROTECTIVE ORDER - 13

Dunn & Black
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734